TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-12-00155-CV






City of Bee Cave, Texas, Appellant


v.


AusPro Enterprises, L.P., Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. D-1-GN-11-003892, HONORABLE TIM SULAK, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N

 Appellant has filed an unopposed motion to dismiss its appeal, explaining that
the parties have settled their dispute. We grant the motion and dismiss the appeal. See Tex. R. App.
P. 42.1(a).


 ____________________________________

 David Puryear, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed on Appellant's Motion

Filed: September 13, 2012